UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

WILLIAM ROBERT SCIALDONE, )
                                      Plaintiff, )
vs. )    **JUDGMENT**
                                      )    **CASE NO. 4:24-CV-82-M**
FRANK J. BISIGNANO, Commissioner of )
Social Security, )
                                  Defendant. )

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon de novo review of the challenged portion of the M&R and the record presented, and finding no clear error in the remainder of the M&R, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiffs request for reversal [DE-17] is GRANTED, the Commissioner's decision is REVERSED, and the matter is REMANDED for further proceedings consistent with this Order. The Clerk of Court shall close this case.

This Judgment filed and entered on August 28, 2025, and copies to:
Counsel of record for all parties (via CM/ECF Electronic Notification)

August 28, 2025                                   Peter A. Moore, Jr.
                                                  Clerk of Court

                                                  By: /s/ Susan K. Edwards
                                                        Deputy Clerk